IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOYCE OSBORNE )
)
v. ) NO. 3-12-0448
) JUDGE CAMPBELL
TARGET CORP. )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 14). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED. This case remains set for trial on October 8, 2013.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE