IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOYCE OSBORNE )
) No. 3-12-0448
v. )
)
TARGET CORPORATION )

O R D E R

By order entered May 8, 2013 (Docket Entry No. 21), the defendant's motion for summary judgment (Docket Entry No. 14) was denied. All scheduling deadlines have now passed, and the trial remains scheduled on October 8, 2013.

Counsel for the parties shall convene a telephone conference call with the Magistrate Judge on **Wednesday, May 29, 2013, at 11:00 a.m.,** to address the potential for settlement, propriety of ADR, and any matters to be addressed by the Magistrate Judge prior to the trial.

If this date and time present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164, to reschedule.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge