# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| JOYCE OSBORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:12-cv-00448 |
| | ) | JUDGE CAMPBELL |
| TARGET CORPORATION | ) | MAGISTRATE JUDGE GRIFFIN |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court, the Court having been advised in the premises, and all parties to this matter being in agreement that they have fully resolved their dispute and reached a full and complete final settlement as to all issues.

It is *ORDERED* that this matter shall be and is dismissed with prejudice.

_____
TODD J. CAMPBELL
United States District Judge

APPROVED FOR ENTRY:


s/William H. Stover
William H. Stover, #020537
Attorney for Plaintiff
St. Cloud Building
500 Church Street, Suite 450
Nashville, Tennessee 37219
615/613-0541
ws@wstoverlaw.com


s/Randolph A. Veazey
Randolph A. Veazey, #6506
Janis O. Mize, #22197
Attorneys for Defendant
222 Second Avenue North, Suite 312
Nashville, TN 37201
(615) 244-4693
raveazey@bellsouth.net